UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **2:21-cv-10020-MWF-E**                                Dated:  October 31, 2022

Title:       ERIC CLEVELAND,  -v- 5175 Overland, LLC.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                              None Present
    Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                            None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

     In light of the Notice of Settlement filed October 28, 2022, the Court sets a hearing on Order to Show Cause Re Dismissal for January 09, **2023 at 11:30 a.m**. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

**IT IS SO ORDERED.**