JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual, | Case No.: 2:21-cv-10020-MWF(Ex) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| 5175 OVERLAND, LLC, a California limited liability company; and DOES 1-10, | Action Filed:  December 30, 2021<br>Trial Date:     May 23, 2023 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendant 5175 Overland, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 9, 2023

_____

MICHAEL W. FITZGERALD
United States District Judge

1
ORDER FOR DISMISSAL WITH PREJUDICE